**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Johnny Ray ADAMS, Defendant—
Appellant.**

No. 09–6007.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 27, 2009.

Johnny Ray Adams, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Ray Adams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. *See United States v. Hood,* 556 F.3d 226 (4th Cir.2009). Accordingly, we affirm for the reasons stated by the district court. *United States v. Adams,* No. 5:96–cr–00132–F–1 (E.D.N.C. Dec. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*